IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                No. 12-cv-1317 MCA/SMV

ASSORTED DRUG PARAPHERNALIA,

    Defendants,

AREA 420 TOBACCO SUPPLIES,
JOHN REDGATE, and
SARAH REDGATE,

    Claimants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:       October 1, 2013, at 9:30 a.m.

**Matter to be heard**:  Telephonic Status Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **October 1, 2013, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                                         _____
                                                                         **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.