IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.     No. 12-cv-1317 MCA/SMV

**ASSORTED DRUG PARAPHERNALIA,**

    Defendants,

**AREA 420 TOBACCO SUPPLIES,
JOHN REDGATE, and
SARAH REDGATE,**

    Claimants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:  April 7, 2014, at 1:30 p.m.

**Matter to be heard**:  Status conference to discuss the status of the case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **April 7, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.