IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v().                                                               No. 12-cv-1317 MCA/SMV

**ASSORTED DRUG PARAPHERNALIA,**

    Defendants,

**AREA 420 TOBACCO SUPPLIES,**
**JOHN REDGATE, and**
**SARAH REDGATE,**

    Claimants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    June 23, 2014, at 1:30 p.m.

**Matter to be heard**:  Status conference to discuss the status of the case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **June 23, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of the case and select a date to hold a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                           _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.