## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                          No. 12-cv-1317 MCA/SMV

**ASSORTED DRUG PARAPHERNALIA,**

    Defendants,

**AREA 420 TOBACCO SUPPLIES,**
**JOHN REDGATE, and**
**SARAH REDGATE,**

    Claimants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on June 24, 2014, that they have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 24, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**